UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN MASSACHUSETTS

DOCKET NO. 03.30300 - KPN

PATRICE J. WASHINGTON,
ppa CAROL STONE, Parent
and Guardian
      Plaintiff

v.

CITY OF SPRINGFIELD,
PETER NEGRONI and
ROBERT MILLER

## JURISDICTION AND VENUE

1. Plaintiff institutes these proceedings and invokes the jurisdiction of this court and by virtue 42 USC Sec. 1983.

## PARTIES

2. Plaintiff Patrice J. Washington is a citizen of the United States of America and at all times relevant hereto resided at 38 Acorn Street, Springfield, MA.

3. Defendant, City of Springfield is a municipal corporation within the Commonwealth of Massachusetts and at all times relevant hereto operated the public school system within the City of Springfield, MA.

4. Defendant, Peter Negroni at all times relevant hereto, was an employee of the City of Springfield and was the Superintendent of Schools.

5. Defendant, Robert Miller, at all times relevant hereto, was an employee of the City of Springfield and was a public school teacher.

## COUNT ONE

6. At all times, while Robert Miller was a teacher at Warner School in Springfield, during his tenure as a teacher in Warner School, the plaintiff Patrice J. Washington alleges that Robert Miller, sexually harassed, sexually annoyed and sexually assaulted and battered her.

7. The plaintiff, Patrice J. Washington alleges that Robert Miller's actions constituted a violation of her civil rights, emotional distress, pain and suffering and post traumatic stress.

WHEREFORE, the plaintiff Patrice J. Washington respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and grant her costs of this action including reasonable attorney's fees.

## COUNT TWO

8. Plaintiff Patrice J. Washington adopts by reference paragraphs 1 through 7.

9. The City of Springfield, at all times relevant hereto, was responsible for the protection of the plaintiff, Patrice J. Washington from constitutionally prohibited violations of bodily integrity.

10. The City of Springfield failed to perform its duty to protect the plaintiff, Patrice J. Washington from violation of bodily integrity.

WHEREFORE, the plaintiff Patrice J. Washington respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and grant her costs of this action including reasonable attorney's fees.

## COUNT THREE

11. Plaintiff Patrice J. Washington adopts by reference paragraphs 1 through 7.

12. At all times relevant hereto, Defendant, Peter Negroni, was the superintendent of schools.

13. The plaintiff, Patrice J. Washington alleges that Robert Miller's actions involving a violation of her civil rights and sexual abuse as well as complaints by others, was ignored by Peter Negroni and as a result Robert Miller continued to violate the plaintiff's civil rights and to abuse her.

14. Peter Negroni's wanton and wilful behavior resulted in the plaintiff, Patrice J. Washington sustaining a violation of her civil rights, emotional distress, pain and suffering and post traumatic stress.

WHEREFORE, the plaintiff Patrice J. Washington respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and grant her costs of this action including reasonable attorney's fees.

_____
Joseph P. Minardi, Esq.
Attorney for Plaintiff
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. 348360