UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN MASSACHUSETTS

DOCKET NO. 03-30300-KPN

PATRICE J. WASHINGTON,
ppa CAROL STONE, Parent
and Guardian
       Plaintiff

v.

CITY OF SPRINGFIELD,
PETER NEGRONI and
ROBERT MILLER,
       Defendants

## MOTION TO AMEND COMPLAINT

Now comes the plaintiff and requests that she be allowed to amend the complaint to read:

Patrice J. Washington, p.p.a. Paris Hester, Parent and Guardian.

Respectfully submitted,

Joseph P. Minardi, Esq.
Attorney for Plaintiff
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. # 348360