# United States District Court

DISTRICT OF ___MASSACHUSETTS___

PATRICE J. WASHINGTON, ppa PARIS HESTER,
Parent and Guardian,
             Plaintiff

V.

CITY OF SPRINGFIELD,
PETER NEGRONI and ROBERT MILLER,
             Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03cw30300

TO: (Name and address of defendant)

City of Springfield
Springfield City Hall
36 Court Street
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Minardi, Esq.
1145 Main Street - Suite 403
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE December 18, 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ...plaint was made by me[1] | / |

![Hampden County Sheriff seal]

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

I hereby certify and return that on 1/14/2004 at 01:50 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to WILLIAM METZGER, CITY CLERK, agent, person in charge at the time of service for CITY OF SPRINGFIELD, , 36 COURT ST., SPRINGFIELD, MA 01103.Attestation X 1 ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $37.28

January 16, 2004

Deputy Sheriff  JORGE DIAZ

*Deputy Sheriff*

☐  Other *(specify):*

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          *Date*

_____
*Signature of Server*

_____
*Address of Server*

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.