UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICE WASHINGTON, PPA PARIS HESTER, PARENT AND GUARDIAN,<br><br>    Plaintiff,<br><br>v<br><br>CITY OF SPRINGFIELD, PETER NEGRONI, AND ROBERT MILLER,<br>    Defendants. | Civil Action No. 03-30300-KPN |

## APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, CITY OF SPRINGFIELD and PETER NEGRONI.

By,_____
Edward M. Pikula, Esq.
Associate City Solicitor
BBO# 399770
Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

## CERTIFICATE OF SERVICE

Joseph Minardi, Esq
1145 Main Street
Springfield, MA 01103

I, Edward M. Pikula, hereby certify that I caused a copy of the foregoing document to be delivered to the above named, this 10th day of February, 2004.

_____
Edward M. Pikula, Esq.