# United States District Court

_____ DISTRICT OF ___MASSACHUSETTS___

PATRICE J. WASHINGTON, ppa PARIS HESTER,
Parent and Guardian,
            Plaintiff
      V.
CITY OF SPRINGFIELD,
PETER NEGRONI and ROBERT MILLER,
           Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03cv30300

TO: (Name and address of defendant)
Robert Miller
Stage Road
Westhampton, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Minardi, Esq.
1145 Main Street - Suite 403
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

_December 18, 2002_
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

February 10, 2004

I hereby certify and return that on 2/9/2004 at 04:02 pm I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROBERT MILLER, 7 STAGE ROAD, WESTHAMPTON, MA 01027, and by mailing 1st class to the above address on 2/9/2004. In the service hereof, it was necessary and I actually used a motor vehicle 12 miles. Fees: Basic Service L&U ($20.00), Conveyance ($1.80), Travel ($8.00), Copies ($2.00), Attest ($10.00) Total Charges $41.80.

Deputy Sheriff GEORGE SYMBORSKI                    _____
                                                    Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
              Date                        Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.