UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANNED

PATRICE WASHINGTON, PPA
PARIS HESTER, PARENT AND
GUARDIAN,
        Plaintiff,

v                                           Civil Action No. 03-30300-MAP

CITY OF SPRINGFIELD, PETER
NEGRONI, AND ROBERT MILLER,
        Defendants.

## ASSENTED MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Defendant, City of Springfield, by and through counsel, and move this honorable court to reschedule the conference set for 3/24/04 to 3/31/04 at 10:00 AM. As grounds therefore, plaintiff's counsel is on vacation until next week and no one is available to cover the conference. Both parties are available on that date.

THE DEFENDANTS
CITY OF SPRINGFIELD
AND PETER NEGRONI,

By, /s/ Edward M. Pikula, Esq.
Edward M. Pikula, Esq.
Associate City Solicitor
BBO# 399770
Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

### CERTIFICATE OF SERVICE

Joseph Minardi, Esq
1145 Main Street
Springfield, MA 01103
I, Edward M. Pikula, hereby certify that I caused a copy of the foregoing document to be delivered to the above named, this 10th day of February, 2004.