UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICE WASHINGTON, PPA
PARIS HESTER, PARENT AND
GUARDIAN,
     Plaintiff,

v

CITY OF SPRINGFIELD, PETER
NEGRONI, AND ROBERT MILLER,
     Defendants.

Civil Action No. 03-30300-MAP

## ASSENTED MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Defendant, City of Springfield, by and through counsel, and move this honorable court to reschedule the conference set for 3/24/04 to 3/31/04 at 10:00 AM.

As grounds therefore, plaintiff's counsel is on vacation until next week and no one is available to cover the conference. Both parties are available on that date.

                                           THE DEFENDANTS
                                           CITY OF SPRINGFIELD
                                           AND PETER NEGRONI,

                                           By, _____
                                           Edward M. Pikula, Esq.
                                           Associate City Solicitor
                                           BBO# 399770
                                           Law Department
                                           36 Court Street
                                           Springfield, MA 01103
                                           (413) 787-6085
                                           Fax: (413) 787-6173

### CERTIFICATE OF SERVICE

Joseph Minardi, Esq
1145 Main Street
Springfield, MA 01103
I, Edward M. Pikula, hereby certify that I caused a copy of the foregoing document to be delivered to the above named, this 10th day of February, 2004.