UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE # 3:03-CV-30300

PATRICE J. WASHINGTON, ppa PARIS
HESTER, Parent and Guardian
    Plaintiff

v.

CITY OF SPRINGFIELD, PETER NEGRONI
and ROBERT MILLER,
    Defendants

## MOTION TO CONTINUE

Now comes counsel for the plaintiff and requests that the conference scheduled for March 31, 2004 be rescheduled to another date and time convenient with this Honorable Court.

The reason being that counsel for the plaintiff has suffered a death in the family and will be not be available for the conference on March 31, 2004.

Respectfully submitted,

Joseph P. Mirardi, Esq.
Attorney for Plaintiff
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. # 348360