UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICE WASHINGTON, PPA PARIS HESTER, PARENT AND GUARDIAN,<br>            Plaintiff,<br><br>v<br><br>CITY OF SPRINGFIELD, PETER NEGRONI, AND ROBERT MILLER,<br>            Defendants. | Civil Action No. 03-30300-MAP |

## JOINT STATEMENT PURSUANT TO L.R. 16.1

Now come the plaintiff and the municipal defendants, and state that they have conferred as required by court order and rules and agree:

1) the plaintiff will make a written demand for settlement within 30 days and the defendant will respond by forty five days; and

2) certify that the party's have conferred as required by Local Rule 16.1 with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

3) The claims against the municipal defendants under Monell will be bifurcated from the other claims, and discovery on the Monell claims will be stayed until the underlying claims are completed.

In addition, the parties agree to an order for discovery and a proposed schedule for filing of motions and pretrial scheduling as follows:

1. The court to set a date for defendant Miller to answer and appear;

2. The court to set a date for a status conference with all parties present;

3. All automatic discovery will be exchanged within 30 days of the status conference attended by all parties;

4. All written discovery requests will be served sixty days of the status conference days;

5. Motions to amend pleadings to add parties, complying with Local Rule 15.1(B), (which requires a party seeking an amendment that would add a new party to serve the motion to amend on the proposed new party at least ten days prior to filing), sixty days of the status conference.

6. All non-expert depositions within 9 months of the status conference;

7. Counsel will appear again before this court for a status conference thereafter.

| THE DEFENDANTS<br>CITY OF SPRINGFIELD<br>AND PETER NEGRONI, | THE PLAINTIFF |
|---|---|
| By, *(signature)*<br>Edward M. Pikula, Esq.<br>Associate City Solicitor<br>BBO# 399770<br>Law Department<br>36 Court Street<br>Springfield, MA 01103<br>(413) 787-6085<br>Fax: (413) 787-6173 | By, *(signature)*<br>Joseph Minardi, Esq<br>1145 Main Street<br>Springfield, MA 01103<br>BBO# 348360<br>(413) 781-1144<br>Fax: (413) 737-0377 |