UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-30300-MAP

PATRICE WASHINGTON, PPA )
PARIS HESTOR, PARENT AND )
GUARDIAN )
    Plaintiff, )
)
)
v. )
)
CITY OF SPRINGFIELD, and )
PETER NEGRONI, and ROBERT MILLER )
    Defendants. )

## APPEARANCE OF COUNSEL

Please accept this document as appearance of counsel for the City of Springfield regarding all matters related to the above referenced complaint.

Respectfully Submitted,

*[signature]*

Peter M. Murphy
City of Springfield
Associate City Solicitor
36 Court Street, Room 210
Springfield, MA 01103
(413)787-7013, 750-2176 fax
BBO# 629 377

Dated: April 8, 2004