UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN MASSACHUSETTS

CIVIL ACTION # 03C030300

PATRICE J. WASHINGTON, ppa PARIS HESTER,
    Parent and Guardian,

v.

CITY OF SPRINGFIELD, PETER NEGRONI and
ROBERT MILLER,
    Defendants

## REQUEST FOR DEFAULT
(Rule 55(a))

I, Joseph P. Minardi, attorney for the above-named plaintiff, Patrice J. Washington, state that the complaint in this action was filed on December 18, 2003 and the summons and a copy of the complaint were served on defendant, Robert Miller on February 9, 2004, as appears from the officer's return; and that the defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by rule.

Therefore, I request that default be entered against defendant Robert Miller in this action.

Signed under the penalties of perjury.

Respectfully submitted,

Dated: April 28, 2004

Joseph P. Minardi, Esq.
Attorney for Plaintiff
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. # 348360

## **CERTIFICATE OF SERVICE**

I, Joseph P. Minardi, Esq. attorney for the plaintiff, do hereby certify that I have served a copy of the attached Request for Default upon the defendants by mailing a copy by first class prepaid postage to defendant Robert Miller, 7 Stage Road, Westhampton, MA and to defendants, City of Springfield and Peter Negroni by mailing to Edward M. Piikula, Esq., City of Springfield - Law Dept., 36 Court Street, Springfield, MA, on 28th day of April, 2004.

_____
Joseph P. Minardi