UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICE J. WASHINGTON, ppa** <br> <u>**PARIS HESTER , Parent and Guardian**</u> <br> **Plaintiff** <br><br> V. <br><br> **CITY OF SPRINGFIELD,** <br> <u>**PETER NEGRONI and ROBERT MILLER**</u> <br> **Defendant** | CIVIL ACTION <br><br> NO. <u>3: 03-CV-30300-MAP</u> |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Patrice J. Washington ppa Paris Hester, Parent and Guardian,</u> for an order of Default for failure of the Defendant, <u>Robert Miller</u> <u>           </u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>29</u> day of <u>April</u>, 2004 .

Tony Anastas, Clerk

By: <u>/s/ *Maurice G. Lindsay*</u>
Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

Plaintiff's Counsel and Robert Miller