UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case number: 03CO30300

PATRICE J. WASHINGTON, ppa PARIS HESTER
Parent and Guardian
      Plaintiff

v.

                                    APPEARANCE

CITY OF SPRINGFIELD,
PETER NEGRONI and ROBERT MILLER
      Defendants

I, Diane L. Fernald, hereby enter my appearance on behalf of Robert Miller, Defendant, in the above-captioned matter.

                                    Respectfully submitted,

                                    */s/ Diane L. Fernald*
                                    Diane L. Fernald
                                    BBO# 546867
                                    RYAN & FERNALD
                                    351 Pleasant Street
                                    Northampton, MA 01060
                                    (413) 585-0004
                                    Fax: (413) 585-0104

CERTIFICATE OF SERVICE

I, Diane L. Fernald, hereby certify that I served a copy of the foregoing APPEARANCE upon Joseph Minardi, Esq., 1145 Main Street, Springfield, MA 01103 and Edward M. Pikula, Esq. Law Department, City of Springfield, City Hall, Springfield, MA 01103 by mailing, first class, postage prepaid, this 7th day of June, 2004.

                                    */s/ Diane L. Fernald*
                                    Diane L. Fernald, Esq.