UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case number: 03CO30300

PATRICE J. WASHINGTON, ppa PARIS HESTER
Parent and Guardian

    Plaintiff

v.

CITY OF SPRINGFIELD,
PETER NEGRONI and ROBERT MILLER
    Defendants

MOTION TO FILE LATE ANSWER

Now comes the Defendant, Robert Miller, through his attorney, and respectfully requests this Honorable Court to allow him to file his Answer to the Complaint in the above-entitled action late.

Assented to by:

Joseph Minardi /dj
counsel for plaintiff

Respectfully submitted,

ROBERT MILLER

By: _____
Diane L. Fernald
BBO# 546867
RYAN & FERNALD
351 Pleasant Street
Northampton, MA 01060
(413) 585-0004
Fax: (413) 585-0104

I, Diane L. Fernald, hereby certify that I served a copy of the foregoing MOTION upon Joseph Minardi, Esq., 1145 Main Street, Springfield, MA 01103 and Edward M. Pikula, Esq. Law Department, City of Springfield, City Hall, Springfield, MA 01103 by mailing, first class, postage prepaid, this 7th day of June, 2004.

_____
Diane L. Fernald, Esq.