UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case number: 03CQ30300

PATRICE J. WASHINGTON, ppa PARIS HESTER
Parent and Guardian
    Plaintiff

v.                                        ANSWER OF DEFENDANT
                                            ROBERT MILLER

CITY OF SPRINGFIELD,
PETER NEGRONI and ROBERT MILLER
    Defendants

Now comes the Defendant, Robert Miller, through his attorney, and answers as follows:

### JURISDICTION AND VENUE

1. Defendant Miller has insufficient information to either admit or deny the allegations contained in paragraph 1 of the Complaint.

### PARTIES

2. Defendant Miller has insufficient knowledge to either admit or deny the allegations contained in paragraph 2 of the Complaint.

3. Defendant Miller has insufficient knowledge to either admit or deny the allegations contained in paragraph 3 of the Complaint.

4. Defendant Miller has insufficient knowledge to either admit or deny the allegations contained in paragraph 4 of the Complaint.

5. Defendant Miller admits that he was an employee of the City of Springfield and a public school teacher as alleged in paragraph 5 of the Complaint but has

insufficient knowledge to admit or deny the remainder of the Paragraph.

## COUNT I

6. Defendant Miller denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant Miller denies the allegations contained in paragraph 7 of the Complaint.

## COUNT II

8. Defendant Miller incorporates herein and adopts his responses to paragraphs 1 – 7 set forth above.

9. Defendant Miller has insufficient knowledge to admit or deny the allegations contained in paragraph 9 of the Complaint.

10. Defendant Miller has insufficient knowledge to admit or deny the allegations contained in paragraph 10 of the Complaint.

## COUNT III

11. Defendant Miller incorporates herein and adopts his responses to paragraphs 1 through 7 set forth above.

12. Defendant Miller has insufficient knowledge to admit or deny the allegations contained in paragraph 12 of the Complaint.

13. Defendant Miller has insufficient knowledge to admit or deny the allegations contained in paragraph 13 of the Complaint.

14. Defendant Miller has insufficient knowledge to admit or deny the allegations contained in paragraph 14 of the Complaint.

WHEREFORE, Defendant Robert Miller respectfully requests that the Plaintiff be denied any relief whatsoever and the Complaint be dismissed.

## AFFIRMATIVE DEFENSES

**FIRST DEFENSE**

The Court lacks jurisdiction over the subject matter of the Complaint.

**SECOND DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**THIRD DEFENSE**

Defendant Miller reserves the right to recover costs and attorneys fees in the event that the above action is found frivolous or in bad faith.

**FOURTH DEFENSE**

The alleged actions of Defendant Miller were neither the proximate nor the actual cause of any damages suffered by the Plaintiff.

**FIFTH DEFENSE**

Defendant Miller at all times acted reasonably, within the scope of official discretion and with a good faith belief that his actions were lawful and not in violation of any clearly established statutory or constitutional right.

**SIXTH DEFENSE**

The Plaintiff is barred from recovery because this action has not been brought within the time specified by law.

**SEVENTH DEFENSE**

The Plaintiff is collaterally estopped from recovery.

**EIGHTH DEFENSE**

The Plaintiff is barred from recovery by *res judicata*.

**NINTH DEFENSE**

Defendant Miller' actions were objectively reasonable in light of the facts and circumstances and existing law without regard to underlying intent or motivation.

**TENTH DEFENSE**

The injury to plaintiff, if any, was caused by an act or omission of a third party other than an employee or agent of the City of Springfield.

**ELEVENTH DEFENSE**

Defendant Miller was justified in his conduct and acts, and therefore not liable to the plaintiff as alleged in the complaint.

**TWELFTH DEFENSE**

The claims are barred due to qualified, absolute, and or legislative or other immunity or privilege.

**THIRTEENTH DEFENSE**

The Complaint fails to state a claim upon which relief can be granted under 42 U.S.C. Sec. 1983 as the conduct alleged in the Complaint does not involve any particular right arising under the United States Constitution but merely seeks vindication for alleged violations of state law.

**FOURTEENTH DEFENSE**

The Complaint should be dismissed due to insufficiency of process and/or insufficiency of service of process.

DEFENDANT MILLER DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

ROBERT MILLER

By: /s/ Diane L. Fernald
Diane L. Fernald
BBO# 546867
RYAN & FERNALD
351 Pleasant Street
Northampton, MA 01060
(413) 585-0004
Fax: (413) 585-0104

I, Diane L. Fernald, hereby certify that I served a copy of the foregoing Answer upon Joseph Minardi, Esq., 1145 Main Street, Springfield, MA 01103 and Edward M. Pikula, Esq. Law Department, City of Springfield, City Hall, Springfield, MA 01103 by mailing, first class, postage prepaid, this 7th day of June, 2004.

/s/ Diane L. Fernald
Diane L. Fernald, Esq.