AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

Patrice J. Washington, ppa Paris Hester, parent + guardian - plaintiff -

v.

City of Springfield, Peter Negroni, + Robert Miller  Defendants -

**APPEARANCE**

Case Number: 03C030300

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  City of Springfield -

Date: 6/8/04

Signature

Print Name: Lisa C. deSousa

Address: 1391 Main St.

City: Springfield    State: MA    Zip Code: 01103

Phone Number: (413) 781-1004