UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICE WASHINGTON, )
            Plaintiff )
)
v. ) Civil Action No. 03-30300-MAP
)
)
CITY OF SPRINGFIELD, et al., )
            Defendants )

SCHEDULING ORDER
June 9, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held yesterday:

1. The parties have agreed to engage in mediation.

2. All written discovery shall be served by September 8, 2004.

3. Counsel shall appear for a case management conference on September 8, 2004, at 2:00 p.m. in Courtroom Three.

4. Non-expert depositions shall be completed by December 10, 2004.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge