UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE # 3:03-CV-30300 *MAP*

PATRICE J. WASHINGTON, ppa PARIS
HESTER, Parent and Guardian
                    Plaintiff

v.

CITY OF SPRINGFIELD, PETER NEGRONI
and ROBERT MILLER,
                    Defendants

## MOTION TO CONTINUE

Now comes counsel for the plaintiff and requests that the Case Management Conference

scheduled for September, 2004 be rescheduled to after October 19, 2004.

The reason being that the mediation had to be rescheduled and is tentatively scheduled for

the above date. The mediator is on vacation and we are awaiting confirmation of the above date.

Respectfully submitted,

Joseph P. Minardi, Esq.
Attorney for Plaintiff
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. # 348360

Assented to by:

_Diane Fennell_

Assented to by:

_Lisa de Sousa_