**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PATRICE J. WASHINGTON,
    Plaintiff

                                  CIVIL ACTION NO. 03-30300-MAP
   V.

CITY OF SPRINGFIELD, ET AL
    Defendant

**SETTLEMENT ORDER OF DISMISSAL**

PONSOR, D..J:

    The Court having been advised on  October 20, 2004  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                  By the Court,

October 20, 2004                              /s/ Mary Finn
    Date                                                Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                                     [stlmtodism.]